# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK CABRAL, et al., | Case No. 1:26-cv-02950-KES-SKO |
| Plaintiffs, | ORDER REQUIRING PLAINTIFFS DEREK CABRAL, AMANDA CORTEZ, BALDEMAR VICENCIO-VILLA, <u>AND</u> CYNTHIA ERWIN TO SUBMIT APPLICATIONS TO PROCEED IN FORMA PAUPERIS OR PAY ONE FILING FEE WITHIN 21 DAYS |
| v. | |
| DEPARTMENT OF CONSUMER AFFAIR, et al., | |
| Defendants. | ORDER DIRECTING CLERK OF COURT TO FORWARD <u>FOUR</u> IN FORMA PAUPERIS APPLICATIONS |
| | **TWENTY-ONE DAY DEADLINE** |

Plaintiffs Derek Cabral, Amanda Cortex, Baldemar Vicencio-Villa, and Cynthia Erwin are each proceeding pro se in an action filed on April 20, 2026. (Doc. 1). Plaintiffs have not paid the $405.00 filing fee, nor have they each individually submitted applications to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

To proceed in this action, (1) Plaintiffs must pay one $405 filing fee, or (2) **all four** Plaintiffs may submit applications to proceed *in forma pauperis*. *See Darden v. Indymac Bancorp, Inc.*, No. S-09-2970 JAM DAD PS, 2009 WL 5206637, at *1 (E.D. Cal. Dec. 23, 2009) ("Where there are multiple plaintiffs in a single action, the plaintiffs may not proceed in forma pauperis unless *all of them* demonstrate inability to pay the filing fee") (emphasis added); *see also Anderson v. California*, No. 10 CV 2216 MMA (AJB), 2010 WL 4316996, at *1 (S.D. Cal Oct. 27, 2010) ("[A]lthough only one filing fee needs to be paid per case, if multiple plaintiffs seek to proceed in forma pauperis, *each plaintiff* must qualify for IFP status") (emphasis

added).

Accordingly, IT IS HEREBY ORDERED that:

1.    The Clerk of Court is DIRECTED to forward **four** *in forma pauperis* applications;

2.    Within twenty-one (21) days of the date of service of this order, (1) Plaintiffs shall pay one $405.00 filing fee for this action; or (2) Plaintiffs Derek Cabral, Amanda Cortez, Baldemar Vicencio-Villa, and Cynthia Erwin shall *each* submit one of the attached applications to proceed in forma pauperis, completed and signed;

3.    No requests for extensions will be granted without a showing of good cause; and

4.    Failure to comply with this order will result in recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:   **April 21, 2026**                              /s/ *Sheila K. Oberto*
                                                UNITED STATES MAGISTRATE JUDGE

2