# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK CABRAL, et al.,<br><br>                    Plaintiffs,<br><br>        v.<br><br>CITY OF CORCORAN, et al.,<br><br>                    Defendants. | Case No.  1:26-cv-02950-KES-EGC<br><br>**ORDER DIRECTING CLERK TO TERMINATE CERTAIN PLAINTIFF**<br><br>(Doc. 10) |

On June 4, 2026, Plaintiff Baldemar Vicencio-Villa filed a Notice of Voluntary Dismissal of Claims Against Defendants City of Corcoran, Sidonio Palmerin, Jerry Robertson, Greg Ojeda, Patricia Nolen, Jeanette Zamora-Bragg, Joseph Faulkner, Jimmy Roark, Michael Marquez, Christine Campos, and Marlene Spain,, notifying the Court that Plaintiff Baldemar Vicencio-Villa's claims are voluntarily dismissed without prejudice.  (Doc. 10).

Plaintiff filed this notice before Defendants City of Corcoran, Sidonio Palmerin, Jerry Robertson, Greg Ojeda, Patricia Nolen, Jeanette Zamora-Bragg, Joseph Faulkner, Jimmy Roark, Michael Marquez, Christine Campos, and Marlene Spain, served either an answer or a motion for summary judgment.  As such, Plaintiff Baldemar Vicencio-Villa has voluntarily dismissed their claims as to Defendants City of Corcoran, Sidonio Palmerin, Jerry Robertson, Greg Ojeda, Patricia Nolen, Jeanette Zamora-Bragg, Joseph Faulkner, Jimmy Roark, Michael Marquez, Christine Campos, and Marlene Spain, without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.  *See Constantinides v. Los Angeles Cnty. Sheriff*, 955 F.2d 47 (9th Cir.

1992) ("Although Roxanna had filed an answer before Constantinides's request for dismissal without prejudice, Constantinides could still dismiss without prejudice the County defendants, who had neither answered nor moved for summary judgment."); *Maxx Grp., LLC v. Uriah Prods., LLC*, No. 8:24-CV-01651-FWS-MAA, 2024 WL 5694630, at *1 (C.D. Cal. Dec. 2, 2024); *City of San Jose v. San Jose Police Officers' Ass'n*, No. 5:12-CV-02904-LHK, 2013 WL 4806453, at *2 (N.D. Cal. Sept. 9, 2013); 2 FEDERAL RULES OF CIVIL PROCEDURE, RULES AND COMMENTARY § 41:10 (observing that the "prevailing answer" to the question "[i]f one defendant has answered or moved for summary judgment but another defendant has not, can the plaintiff still dismiss by notice with respect to the defendant that has not answered or moved for summary judgment" is "yes").

The Court therefore DIRECTS the Clerk of Court to terminate Plaintiff Baldemar Vicencio-Villa. *See Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995) (The notice of voluntary dismissal "automatically terminates the action as to the defendants who are the subjects of the notice.").

This case shall remain OPEN pending resolution of all remaining Plaintiffs' claims against Defendants.

IT IS SO ORDERED.

Dated:   **June 8, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

2