# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK CABRAL, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF CORCORAN, et al.,<br><br>Defendants. | Case No. 1:26-cv-02950-KES-EGC<br><br>ORDER ADOPTING IN FULL FINDINGS AND RECOMMENDATION TO DISMISS FOR FAILURE TO STATE A CLAIM<br><br>(Doc. 35) |

Plaintiffs Derek Cabral, Amanda Cortez, and Cynthia Erwin proceed pro se and in forma pauperis in this action initiated on April 20, 2026. (Docs. 1, 12). This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 10, 2026, the assigned magistrate judge screened plaintiffs' complaint and found it failed to state any cognizable claims. (Doc. 13). Plaintiffs were granted twenty-one (21) days to file an amended complaint, state that they wished to stand on the initial complaint, or voluntarily dismiss their complaint. (*Id.*). On June 25, 2026, plaintiffs filed a first amended complaint, (Doc. 14), and on August 6, 2026, Plaintiffs lodged a second amended complaint, (Doc. 26). The magistrate judge screened the second amended complaint. (*See* Doc. 35).

On August 21, 2026, the magistrate judge issued findings and recommendations, recommending that this case be dismissed due to plaintiffs' failure to state a claim. (Doc. 35). The findings and recommendations were served on plaintiffs and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.* at 2). Plaintiffs

filed untimely objections on September 11, 2026, and September 14, 2026. Plaintiffs' objections fail to show that plaintiffs could plead a claim upon which relief could be granted in federal court.

Pursuant to 28 U.S.C. § 636 (b)(1), the court reviewed this matter de novo. Having carefully reviewed the matter, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on August 21, 2026, (Doc. 35), are ADOPTED;
2. This action is DISMISSED for failure to state a claim; and
3. The Clerk of Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated: October 11, 2026

UNITED STATES DISTRICT JUDGE